UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: § § | | |
| Badlands Energy, Inc., et al.[1], § | Case No. 17-17465 KHT | |
| Debtors. § § | (Chapter 11) | |
| § § | (Jointly Administered) | |
| Monarch Midstream, LLC, § § | | |
| Plaintff, § | Adversary Proceeding | |
| vs. § § | Case No. 17-1429 | |
| Badlands Energy, Inc. and Wapiti Utah § LLC, et al. § § | | |
| Defendants. § | | |

**NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b)
AND REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE 2002
AND ALL PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a)**

**PLEASE TAKE NOTICE** that Kasowitz Benson Torres LLP ("Kasowitz"), counsel for Wapiti Utah, L.L.C. f/k/a Wapiti Newco, L.L.C. ("Utah"), defendant in the above-styled adversary proceeding, files this Notice of Appearance pursuant to Federal Rule of Bankruptcy Procedure 9010(b) and hereby requests that Utah and Kasowitz receive copies of all pleadings filed or noticed by any party pursuant to Federal Rules of Bankruptcy Procedure 2002(a) and (b) and 3017(a).

---

[1] The last four digits of Badland Energy, Inc.'s federal tax identification number are 4105. The other Debtors in these cases are: Badlands Production Company, Badlands Energy-Utah, LLC, and Myton Oilfield Rentals, LLC.

NOTICE OF APPEARANCE

**PLEASE TAKE FURTHER NOTICE** that pursuant to this Notice of Appearance, copies should be sent as follows:

> Kyung S. Lee
> klee@kasowitz.com
> R.J. Shannon
> rshannon@kasowitz.com
> Kasowitz Benson Torres LLP
> 1415 Louisiana, Suite 2100
> Houston, Texas 77002
> Tel:   713-220-8800
> Fax:   713-222-0843

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code set forth above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, email or otherwise, which affect or seek to affect the captioned proceeding.

**PLEASE TAKE FURTHER NOTICE** that Utah does not intend that this Notice of Appearance, or any later appearance or pleading, be deemed or construed to be a waiver of its right: (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and (iv) to any other rights, claims, actions, setoffs or recoupments to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Utah expressly reserves.

Dated: October 9, 2018 Respectfully submitted,

                                             KASOWITZ BENSON TORRES LLP

                                             */s/ Kyung S. Lee*
                                             Kyung S. Lee
                                             TBA No. 12128400
                                             klee@kasowitz.com
                                             Robert J. Shannon
                                             Texas Bar No. 24108062
                                             rshannon@kasowitz.com
                                             1415 Louisiana, Suite 2100
                                             Houston, TX 77002
                                             Tel: (713) 220-8851
                                             Fax: (713) 583-8765

                                             *Attorneys for Defendant Wapiti Utah, L.L.C.*

<u>CERTIFICATE OF SERVICE</u>

   I hereby certify that a true and correct copy of the foregoing Notice of Appearance has been served electronically by the Court's ECF System on all parties registered to receive service on 9th day October 2018.

                <u>*/s/ Kyung S. Lee*</u>
                Kyung S. Lee